Prob. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                  Crim. No. 5:03CR00243-008

CHARLES BROWN

On November 1, 2011, the above named was placed on Supervised Release for a period of 4 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Charles Brown be discharged from Supervised Release.

Respectfully submitted,

Liana Snyder
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 20th day of November, 2014.

Honorable Norman A. Mordue
Senior U.S. District Judge